FELICIA GALATI, ESQ.
Nevada Bar No. 007341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
fgalati@ocgas.com
Attorneys for Defendant
STACEY SILVERSTEIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, EX., REL., DEPT. OF HEALTH & HUM. SERVS. DIV. OF CHILD AND FAMILY SERVS, a public entity of the State of Nevada, STACEY SILVERSTEIN, an individual,<br><br>Defendants. | CASE NO. 2:23-cv-01929-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT STACEY SILVERSTEIN'S RESPONSE TO THE COMPLAINT** |

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel of record, that the deadline for Defendant STACEY SILVERSTEIN'S

/ / /

/ / /

/ / /

/ / /

1

response to the Complaint is extended to January 15, 2024.

DATED this 20th day of December, 2023.　　　DATED this 20th day of December, 2023.

LAGOMARSINO LAW　　　　　　　　　　　OLSON CANNON GORMLEY & STOBERSKI

*/s/ Cory M. Ford, Esq.*　　　　　　　　　　　*/s/ Felicia Galati, Esq.*
Andre M. Lagomarsino, Esq.　　　　　　　　 Felicia Galati, Esq.
Nevada Bar No. 6711　　　　　　　　　　　　Nevada Bar No. 7341
Cory M. Ford, Esq.　　　　　　　　　　　　　9950 West Cheyenne Avenue
Nevada Bar No. 15042　　　　　　　　　　　 Las Vegas, Nevada 89129
3005 W. Horizon Ridge Pkwy., #241　　　　 Attorneys for Defendant
Henderson, NV 89052　　　　　　　　　　　 Stacey Silverstein
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2023

2