AARON D. FORD
  Attorney General
IZAAC ROWE (Bar No. 13947)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3210 (telephone)
(702) 486-3871 (facsimile)
irowe@ag.nv.gov
*Attorneys for Defendants*
*State of Nevada ex rel. Department of*
*Child and Family Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.O. JANE DOE, an individual;<br>K.Y. JANE DOE, an individual;<br>L.O. JANE DOE, an individual;<br>L.O.J. JOHN DOE, an individual;<br>P.K. JANE DOE, an individual,<br><br>      Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, EX. REL., DEP'T OF HEALTH & HUM. SERVS. DIV. OF CHILD AND FAMILY SERVS, a public entity of the State of Nevada; STACEY SILVERSTEIN, an individual;<br>      Defendants. | Case No.  2:23-cv-01929- APG-MDC<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO SUBMIT THEIR RESPONSE TO THE COMPLAINT** |

Defendants the State of Nevada ex rel. the Department of Child and Family Services "DCFS" and Plaintiffs P.K. Jane Doe, D.O. Jane Doe, L.O. Jane Doe, L.O.J. John Doe, and K.Y. Jane Doe by and through their respective counsels, hereby submit this Stipulation and Order Extending Time for Defendants to Submit their Response to the Complaint, with a current deadline of January 16, 2024. The parties respectfully request that the Court extend said deadline for an additional seven (7) days, up to and including January 23, 2024.

This extension gives the Parties the chance to review NRS 432B.325 and discuss a possible resolution.  This request for an extension is made in good faith and is not for the purposes of delay.

. . .

**IT IS SO STIPULATED.**

DATED this 16th day of January 2024.                DATED this 16th day of January 2024.

/s/    Cory M. Ford                                              /s/ Izaac Rowe
ANDRE M. LAGOMARSINO, ESQ. (#6711)      Izaac Rowe, (Bar No. 13947)
CORY M. FORD, ESQ. (#15042)                     Deputy Attorney General
3005 W. Horizon Ridge Pkwy., #241                Office of the Attorney General
Henderson, Nevada 89052                              555 E. Washington Ave., Ste. 3900
Telephone: (702) 383-2864                              Las Vegas, NV 89101
Facsimile: (702) 383-0065                               Telephone: (702) 486-3210
aml@lagomarsinolaw.com                             irowe@ag.nv.gov
cory@lagomarsinolaw.com

*Attorneys for Plaintiffs P.K. Jane Doe, D.O. Jane Doe, L.O. Jane Doe, L.O.J. John Doe, and K.Y. Jane Doe*

*Attorneys for Defendant State of Nevada ex rel. the Department of Child and Family Services*

## ORDER

Future requests for extensions must comply with LR IA 6-1(a) and inform the Court of any prior extensions.
**IT IS SO ORDERED.**

DATED this 18th day of January 2024.

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

Page **2** of **2**

**Izaac Rowe**

| | |
|---|---|
| **From:** | Cory Ford <Cory@lagomarsinolaw.com> |
| **Sent:** | Tuesday, January 16, 2024 4:54 PM |
| **To:** | Izaac Rowe |
| **Cc:** | Andre Lagomarsino; Denise Valdivia |
| **Subject:** | RE: 2:23-cv-01929-JCM-VCF - Stipulation for Dismissal |

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

You have my permission to affix my electronic signature.

Thanks,

Cory M. Ford, Esq.
**LAGOMARSINO LAW**
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: 702-383-2864
Facsimile: 702-383-0065
E-mail: cory@lagomarsinolaw.com
Website: www.lagomarsinolaw.com

**From:** Izaac Rowe <IRowe@ag.nv.gov>
**Sent:** Tuesday, January 16, 2024 4:31 PM
**To:** Cory Ford <Cory@lagomarsinolaw.com>
**Cc:** Andre Lagomarsino <aml@lagomarsinolaw.com>; Denise Valdivia <denise@lagomarsinolaw.com>
**Subject:** RE: 2:23-cv-01929-JCM-VCF - Stipulation for Dismissal
**Importance:** High

Hello Mr. Ford,

Based on our conversation today:

As I mentioned on the phone, the deadline for a response to your service of the complaint is today, I believe. I have attached a draft of the stipulation for a continuance on the response so you have time to review my request for a dismissal of DCFS. If you are OK, let me know and I can either attach your electronic signature, or you can sign it and scan it back to me.


Here is the language and statutes regarding when DFS has control vs when DCFS has control.

Provision of child protective services in Nevada is a combination of State and County Administered Agencies. Child Protective Services is part of the child welfare service system (NRS 432B.044). Counties in which the "population is 100,000 or more shall provide child welfare services for the children in that county and pay the cost of all those services (NRS 432B.325)." Clark County in Southern Nevada and Washoe County in Northern Nevada are the two counties that meet this standard. DCFS administers the child welfare program for the remaining fifteen (15) rural counties. The agencies that provide protective services are : State of Nevada Division of Child and Family Services (DCFS), Clark County