AARON D. FORD
  Attorney General
IZAAC ROWE (Bar No. 13947)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3210 (telephone)
(702) 486-3871 (facsimile)
irowe@ag.nv.gov
*Attorneys for Defendants*
*State of Nevada ex rel. Department of*
*Child and Family Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.O. JANE DOE, an individual;<br>K.Y. JANE DOE, an individual;<br>L.O. JANE DOE, an individual;<br>L.O.J. JOHN DOE, an individual;<br>P.K. JANE DOE, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, EX. REL., DEP'T OF HEALTH & HUM. SERVS. DIV. OF CHILD AND FAMILY SERVS, a public entity of the State of Nevada; STACEY SILVERSTEIN, an individual;<br>    Defendants. | Case No. 2:23-cv-01929-APG-MDC<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS THE STATE OF NEVADA EX REL. THE DEPARTMENT OF CHILD AND FAMILY SERVICES** |

Plaintiffs P.K. Jane Doe, D.O. Jane Doe, L.O. Jane Doe, L.O.J. John Doe, and K.Y. Jane Doe, by and through their attorneys of record, Andre M. Lagomarsino, Esq., Cory M. Ford, Esq., of Lagomarsino Law, and Defendants the State of Nevada ex rel. the Department of Child and Family Services (DCFS), by and through their respective counsels, have conferred and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss Defendants DCFS from case 2:23-cv-01929 without prejudice. Parties agree and understand that if Plaintiffs later discover that DCFS may have liability based on any legally cognizable theory, Plaintiffs can seek to amend the Complaint, and any amendment would relate back to the original filing date of this lawsuit, including for purposes of the

Page **1** of **3**

statute of limitations. Parties also agree that DCFS does not agree to or concede any liability, and that no defenses or objections, including a defense regarding the statute of limitations, are waived by DCFS as a result of this Stipulation and any subsequent amendment.

Each party bearing their own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED this 23rd day of January 2024.          DATED this 23rd day of January 2024.

_/s/ Cory M. Ford_____          _/s/ Izaac Rowe_____
ANDRE M. LAGOMARSINO, ESQ. (#6711)          Izaac Rowe, (Bar No. 13947)
CORY M. FORD, ESQ. (#15042)                 Senior Deputy Attorney General
3005 W. Horizon Ridge Pkwy., #241           Office of the Attorney General
Henderson, Nevada 89052                     555 E. Washington Ave., Ste. 3900
Telephone: (702) 383-2864                   Las Vegas, NV 89101
Facsimile: (702) 383-0065                   Telephone: (702) 486-3210
aml@lagomarsinolaw.com                      irowe@ag.nv.gov
cory@lagomarsinolaw.com

*Attorneys for Plaintiffs P.K. Jane Doe, D.O. Jane Doe, L.O. Jane Doe, L.O.J. John Doe, and K.Y. Jane Doe*

*Attorneys for Defendant State of Nevada ex rel. the Department of Child and Family Services*

**ORDER**

Defendants DCFS are hereby DISMISSED WITHOUT PREJUDICE from Case 2:23-cv-01929.

IT IS SO ORDERED:

Dated: January 24, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE