# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.O. JANE DOE, et al., | Case No.: 2:23-cv-01929-APG-MDC |
| Plaintiffs | **Order Denying Motion to Dismiss as Moot and Granting Motion to Seal** |
| v. | [ECF Nos. 14, 15] |
| STATE OF NEVADA, EX. REL. DEPARTMENT OF HEALTH AND HUMAN SERVICES DIVISION OF CHILD AND FAMILY SERVICES., et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 21),

I ORDER that defendant Stacey Silverstein's motion to dismiss **(ECF No. 14) is DENIED as moot** because it is directed at the original complaint.

I FURTHER ORDER that defendant Stacey Silverstein's motion to seal **(ECF No. 15) is GRANTED**.

DATED this 29th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE