FELICIA GALATI, ESQ.
Nevada Bar No. 007341
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON GORMLEY& STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
fgalati@ocgas.com
szinna@ocgas.com
Attorneys for Defendants
COUNTY OF CLARK and
STACEY SILVERSTEIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual, | CASE NO.  2:23-cv-01929-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT STACEY SILVERSTEIN'S and CLARK COUNTY'S RESPONSE TO THE AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendants STACEY SILVERSTEIN and COUNTY OF CLARK ("Defendants") to respond to Plaintiffs' First Amended Complaint (ECF No. 21). STACEY SILVERSTEIN's response to Plaintiffs' First Amended Complaint is currently due on February 9, 2024, and COUNTY OF CLARK's response to Plaintiffs' First Amended Complaint is currently due on February 20, 2024.   The

1

parties agree that Defendants shall have until February 26, 2024 to respond to Plaintiff's First Amended Complaint (ECF No. 21).

DATED this __2__ day of February, 2024.          DATED this __2__ day of February, 2024.

LAGOMARSINO LAW                                   OLSON CANNON GORMLEY & STOBERSKI

_/s/ Cory M. Ford, Esq._                          _/s/ Felicia Galati, Esq._
Andre M. Lagomarsino, Esq.                        Felicia Galati, Esq.
Nevada Bar No. 6711                               Nevada Bar No. 7341
Cory M. Ford, Esq.                                Stephanie M. Zinna, Esq.
Nevada Bar No. 15042                              Nevada Bar No. 011488
3005 W. Horizon Ridge Pkwy., #241                 9950 West Cheyenne Avenue
Henderson, NV 89052                               Las Vegas, Nevada 89129
Attorneys for Plaintiff                           Attorneys for Defendants
                                                  County of Clark and Stacey Silverstein

**ORDER**

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: February 6th, 2024

2