**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiffs P.K. Jane Doe,*
*D.O. Jane Doe, L.O. Jane Doe,*
*L.O.J. John Doe, and K.Y. Jane Doe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual;<br><br>Defendants. | CASE NO.: 2:23-cv-1929-APG-MDC<br><br>**STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE** |

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of this *Stipulation and Order Authorizing Electronic Service* to create an expeditious and efficient manner of service of the above-captioned litigation.

Pursuant to FRCP 5(b)(2)(E), the parties hereby consent to electronic service. As such, when any of the undersigned parties wish to serve a discovery related document, that party shall effectuate service of the document to the following email addresses:

| **PARTY** | **FIRM NAME** | **EMAIL ADDRESSES** |
|---|---|---|
| Plaintiffs | Lagomarsino Law | AML@lagomarsinolaw.com<br>Cory@lagomarsinolaw.com<br>Taylor@lagomarsinolaw.com |

|  |  | Denise@lagomarsinolaw.com<br>Moira@lagoamrsinolaw.com<br>Sydney@lagomarsinolaw.com<br>fileclerk@lagomarsinolaw.com |
|---|---|---|
| Defendants County of Clark and Stacey Silverstein | N/A | fgalati@ocgas.com<br>lrico@ocgas.com |

**IT IS SO STIPULATED AND AGREED.**

DATED this 16th day of February, 2024.   DATED this 16th day of February, 2024.

**LAGOMARSINO LAW**   **OLSON CANNON GORMLEY & STOBERSKI**

 /s/ Cory M. Ford   /s/ Felicia Galati
ANDRE M. LAGOMARSINO, ESQ. (#6711)   FELICIA GALATI, ESQ. (#7341)
CORY M. FORD, ESQ. (#15042)   9950 W. Cheyenne Ave.
3005 W. Horizon Ridge Pkwy., #241   Las Vegas, Nevada 89129
Henderson, Nevada 89052   Telephone: (702) 384-4012
Telephone: (702) 383-2864   *Attorney for Defendants*
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: February 20, 2024