**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiffs P.K. Jane Doe,*
*D.O. Jane Doe, L.O. Jane Doe,*
*L.O.J. John Doe, and K.Y. Jane Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual;<br><br>Defendants. | CASE NO.: 2:23-cv-1929-APG-MDC<br><br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (ECF NO. 42)** |

Plaintiffs D.O. JANE DOE, K.Y. JANE DOE, L.O. JANE DOE, L.O.J. JOHN DOE, and P.K. JANE DOE ("Plaintiffs") and Defendants COUNTY OF CLARK and STACEY SILVERSTEIN ("Defendants") (Plaintiffs and Defendants hereinafter the "Parties" or a "Party"), by and through their counsel of record, hereby stipulate and agree, as follows:

1.      Plaintiffs' deadline to file their response to *Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint* (ECF No. 42) is currently set for **March 11, 2024.**

2.    The Parties hereby stipulate and agree that Plaintiffs' new deadline to respond to *Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint* (ECF No. 42) will be on **March 18, 2024.**

**IT IS SO STIPULATED AND AGREED.**

DATED this 8th day of March, 2024.                              DATED this 8th day of March, 2024.

**LAGOMARSINO LAW**                                          **OLSON CANNON GORMLEY & STOBERSKI**

 /s/ Cory M. Ford, Esq.                                               /s/ Felicia Galati, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)        FELICIA GALATI, ESQ. (#7341)
CORY M. FORD, ESQ. (#15042)                          9950 W. Cheyenne Ave.
3005 W. Horizon Ridge Pkwy., #241                    Las Vegas, Nevada 89129
Henderson, Nevada 89052                                   Telephone: (702) 384-4012
Telephone: (702) 383-2864                                  *Attorney for Defendants*
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT UDGE

DATED: March 11, 2024_____

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065