1  FELICIA GALATI, ESQ.
   Nevada Bar No. 007341
2  OLSON CANNON & GORMLEY
3  9950 West Cheyenne Avenue
   Las Vegas, NV 89129
4  Phone: 702-384-4012
   Fax:    702-383-0701
5  fgalati@ocgas.com
6  Attorneys COUNTY OF CLARK and
   STACEY MARINO FKA STACEY SILVERSTEIN
7

8
                     **UNITED STATES DISTRICT COURT**
9
                            **DISTRICT OF NEVADA**
10

11 | D.O. JANE DOE, an individual; K.Y. JANE | CASE NO.  2:23-cv-01929-JCM-MDC
   | DOE, an individual; L.O. JANE DOE, an |
12 | individual; L.O.J. JOHN DOE, an individual; |
   | P.K. JANE DOE, an individual; |
13 | | **STIPULATION AND ORDER TO**
14 | Plaintiffs, | **EXTEND DEADLINE FOR**
   | | **DEFENDANTS STACEY MARINO FKA**
   | vs. | **STACEY SILVERSTEIN and COUNTY**
15 | | **OF CLARK'S DEADLINE TO FILE**
   | COUNTY OF CLARK, a political | **REPLY TO PLAINTIFFS' OPPOSITION**
16 | subdivision of the State of Nevada; | **TO DEFENDANTS' MOTION TO**
   | STACEY SILVERSTEIN, an individual, | **DISMISS FIRST AMENDED**
17 | | **COMPLAINT**
   | | **(First Request)**
18

19
            Pursuant to Federal Rule of Civil Procedures, the parties, by and through their
20
   undersigned counsel of record, hereby stipulate to extend the time for Defendants STACEY
21
   MARINO FKA STACEY SILVERSTEIN and COUNTY OF CLARK ("Defendants") to
22
   respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint
23
   that is currently due on March 25, 2024.   The parties agree that Defendants shall have until
24
25 / / /
26
27 / / /

28

1

April 8, 2024 to respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint (ECF No. 48).

DATED this 21st day of March, 2024.

LAGOMARSINO LAW

 */s/  Cory M. Ford, Esq.* 
Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
Cory M. Ford, Esq.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
Attorneys for Plaintiffs

DATED this 21st day of March, 2024.

OLSON CANNON & GORMLEY

 */s/ Felicia Galati, Esq.* 
Felicia Galati, Esq.
Nevada Bar No. 7341
Stephanie M. Zinna, Esq.
Nevada Bar No. 011488
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants
County of Clark and Stacey Marino FKA Stacey Silverstein

### **ORDER**

### IT IS SO ORDERED.

Parties are reminded to use the correct case number for all future filings, Case No. 2:23-cv-01929-APG-**MDC**

DATED: March 26, 2024

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Fax (702) 383-0701

2

**Lisa Rico**

| | |
|---|---|
| **From:** | Cory Ford <Cory@lagomarsinolaw.com> |
| **Sent:** | Thursday, March 21, 2024 4:11 PM |
| **To:** | Felicia Galati |
| **Cc:** | Lisa Rico; Denise Valdivia |
| **Subject:** | RE: Doe v Clark County |

Approved. Please include my paralegal on all further emails.

Thanks,

Cory M. Ford, Esq.
**LAGOMARSINO LAW**
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: 702-383-2864
Facsimile: 702-383-0065
E-mail: cory@lagomarsinolaw.com
Website: www.lagomarsinolaw.com

**From:** Felicia Galati <fgalati@ocgas.com>
**Sent:** Thursday, March 21, 2024 4:09 PM
**To:** Cory Ford <Cory@lagomarsinolaw.com>
**Cc:** Lisa Rico <lrico@ocgas.com>
**Subject:** Doe v Clark County

Please see attached revised SAO to extend Reply deadline and advise if you approve it.  Thank you.

**Felicia Galati, Esq., Shareholder**
**Olson Cannon Gormley & Stoberski**
**9950 West Cheyenne Avenue**
**Las Vegas, Nevada 89129**
**PH: 702-384-4012**
**FX: 702-383-0701**

**Privileged and Confidential**
**This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss of damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.**