FELICIA GALATI, ESQ.
Nevada Bar No. 007341
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
fgalati@ocgattorneys.com
szinna@ocgattorneys.com
Attorneys for Defendants COUNTY OF CLARK and
STACEY MARINO FKA STACEY SILVERSTEIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual,<br><br>Defendants. | CASE NO. 2:23-cv-01929-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE NAMES OF THE REDACTED SOURCES, NONPARTY MINORS, AND NONPARTY CAREGIVERS CONTAINED IN THE CPS INVESTIGATIVE MATERIAL AND REQUEST FOR SANCTIONS (ECF No. 63)** |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendants STACEY MARINO FKA STACEY SILVERSTEIN and COUNTY OF CLARK ("Defendants") to respond to Plaintiffs' Motion to Compel the Names of the Redacted Sources, Nonparty Minors, and Nonparty Caregivers Contained in the CPS Investigative Material and Request for

/ / /

/ / /

Sanctions that is currently due on November 26, 2024. The parties agree that Defendants shall have until December 6, 2024 to respond to said Motion to Compel (ECF No. 63). The Plaintiffs shall have until December 18, 2024 to file a Reply.

DATED this 21st day of November, 2024.                    DATED this 21st day of November, 2024.

LAGOMARSINO LAW                                            OLSON CANNON & GORMLEY

*/s/ Cory M. Ford, Esq.*                                   [signature: F. Galati]

Andre M. Lagomarsino, Esq.                                 Felicia Galati, Esq.
Nevada Bar No. 6711                                        Nevada Bar No. 7341
Cory M. Ford, Esq.                                         Stephanie M. Zinna, Esq.
Nevada Bar No. 15042                                       Nevada Bar No. 011488
3005 W. Horizon Ridge Pkwy., #241                          9950 West Cheyenne Avenue
Henderson, NV 89052                                        Las Vegas, Nevada 89129
Attorneys for Plaintiffs                                   Attorneys for Defendants
                                                           County of Clark and Stacey Marino FKA
                                                           Stacey Silverstein

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: 11/25/2024