1  FELICIA GALATI, ESQ.
   Nevada Bar No. 007341
2  STEPHANIE M. ZINNA, ESQ.
   Nevada Bar No. 011488
3  OLSON CANNON & GORMLEY
4  9950 West Cheyenne Avenue
   Las Vegas, NV 89129
5  Phone: 702-384-4012
6  Fax:    702-383-0701
   fgalati@ocgattorneys.com
7  szinna@ocgattorneys.com
8  Attorneys for Defendants COUNTY OF CLARK and
   STACEY MARINO FKA STACEY SILVERSTEIN

9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual; | CASE NO. 2:23-cv-01929-APG-MDC |
|---|---|
| Plaintiffs, vs. COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual, Defendants. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' COUNTER-MOTION FOR SANCTIONS AGAINST PLAINTIFFS (ECF NO. 73)** |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendants STACEY MARINO FKA STACEY SILVERSTEIN and COUNTY OF CLARK ("Defendants") to respond to Plaintiffs' Opposition to Defendants' Counter-Motion for Sanctions Against

/ / /

/ / /

/ / /

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Fax (702) 383-0701

Plaintiffs due on December 26, 2024.   The parties agree that Defendants shall have until January 8, 2025 to respond to said Opposition (ECF No. 73).

| | |
|---|---|
| DATED this 18th day of December, 2024. | DATED this 18th day of December, 2024. |
| LAGOMARSINO LAW | OLSON CANNON & GORMLEY |

 /s/ Cory M. Ford, Esq.  
Andre M. Lagomarsino, Esq.  
Nevada Bar No. 6711  
Cory M. Ford, Esq.  
Nevada Bar No. 15042  
3005 W. Horizon Ridge Pkwy., #241  
Henderson, NV 89052  
Attorneys for Plaintiffs

Felicia Galati, Esq.  
Nevada Bar No. 7341  
Stephanie M. Zinna, Esq.  
Nevada Bar No. 011488  
9950 West Cheyenne Avenue  
Las Vegas, Nevada 89129  
Attorneys for Defendants  
County of Clark and Stacey Marino FKA Stacey Silverstein

**ORDER**

IT IS SO ORDERED.

_____  
Hon. Maximiliano D. Couvillier III  
UNITED STATES MAGISTRATE JUDGE

DATED: 12/19/2024

2