STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 011488
NATASHA SHARMA, ESQ.
Nevada Bar No. 016320
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
szinna@ocgattorneys.com
nsharma@ocgattorneys.com
Attorneys for Defendants COUNTY OF CLARK and
STACEY MARINO FKA STACEY SILVERSTEIN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual,<br><br>Defendants. | CASE NO.  2:23-cv-01929-APG-MDC<br><br>**DEFENDANTS COUNTY OF CLARK AND STACEY SILVERSTEIN'S MOTION TO REMOBE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS** |

COMES NOW Defendants COUNTY OF CLARK and STACEY SILVERSTEI, by and through their attorney of record STEPHANIE ZINNA, ESQ. and NATASHA SHARMA, ESQ. of the law firm OLSON CANNON & GORMLEY   hereby request removal from the CM/ECF Service List, of attorney FELICIA GALATI, ESQ. of the law firm OLSON CANNON & GORMLEY, and Discontinuation of Notice of Proceedings to Attorney FELICIA GALATI, ESQ. Attorney FELICIA GALATI, ESQ. will no longer be representing these moving

1

Defendants in this matter and it is no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.

Accordingly, removal of attorney FELICIA GALATI, ESQ. from the CM/ECF Service list in this matter, USDC Case No: 2:23-cv-01929-APG-MDC, is hereby requested.

DATED this 5th day of March, 2025.

OLSON CANNON & GORMLEY

*/s/ Stephanie Zinna, Esq.*
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 011488
NATASHA SHARMA, ESQ.
Nevada Bar No. 016320
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants
COUNTY OF CLARK and
STACEY MARINO FKA STACEY SILVERSTEIN

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 3/7/25