# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.O. JANE DOE, et al.,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF CLARK, STACEY SILVERSTEIN,<br><br>Defendants | Case No.: 2:23-cv-01929-APG-MDC<br><br>**Order Affirming Magistrate Judge Order**<br><br>[ECF No. 89] |

Magistrate Judge Couvillier granted the plaintiffs' motion to compel. ECF Nos. 87, 88. The defendants appealed that order. ECF No. 89.  I have reviewed the transcript of the February 7, 2025 hearing and the related papers.  Judge Couvillier's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that the defendants' appeal **(ECF No. 89)** is denied and Magistrate Judge Couvillier's order **(ECF Nos. 87, 88) is affirmed**.

DATED this 24th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE