STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 011488
NATASHA SHARMA, ESQ.
Nevada Bar No. 016320
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
szinna@ocgattorneys.com
nsharma@ocgattorneys.com
Attorneys for Defendants COUNTY OF CLARK and
STACEY MARINO FKA STACEY SILVERSTEIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual,<br><br>Defendants. | CASE NO.  2:23-cv-01929-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States Court District of Nevada, Plaintiffs D.O. JANE DOE, K.Y. JANE DOE, L.O. JANE DOE, L.O.J. JOHN DOE and P.K. JANE DOE (hereinafter "Plaintiffs") by and through their attorneys of record and Defendants COUNTY OF CLARK and STACEY SILVERSTEIN (hereinafter "Defendants") stipulate and agree to extend the briefing scheduled with respect to Plaintiffs' Motion for Leave

to Amend Their Complaint (hereinafter "Plaintiffs' Motion") which was filed on 5/6/2025 as follows:

1. Plaintiffs' Motion was filed on May 6, 2025

2. The deadline to respond to Plaintiffs' Motion is May 20, 2025.

3. Defendants' counsel began a wrongful death trial on May 5, 2025 that did not conclude until May 20, 2025.

4. The parties have agreed to provide Defendants with an extension until May 23, 2025 to provide their Response.

5. This is the parties first request for an extension of the briefing with respect to Plaintiffs' Motion.

This extension is made in good faith in light of the present circumstances and the issues presented in Plaintiffs' Motion.

| | |
|---|---|
| DATED this 21st day of May, 2025. | DATED this 21st day of May, 2025. |
| PANISH SHEA RAVIPUDI LLPO | OLSON CANNON & GORMLEY |
| /s/ *Wyatt Vespermann, Esq.* | /s/ *Stephanie M. Zinna, Esq.* |
| WYATT VESPERMANN, ESQ. | STEPHANIE M. ZINNA, ESQ. |
| Nevada Bar No. 016335 | Nevada Bar No. 011488 |
| 11111 Santa Monica Blvd., Suite 700 | 9950 West Cheyenne Avenue |
| Los Angeles, CA 90025 | Las Vegas, NV 89129 |
| Attorney for Plaintiffs | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-22-25

2