**PANISH | SHEA | RAVIPUDI LLP**
WYATT VESPERMANN, ESQ. (#16335)
11111 Santa Monica Blvd. #700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
wvespermann@panish.law
*Attorneys for Plaintiffs*

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| D.O. JANE DOE, an individual; K.Y. JANE DOE, an individual; L.O. JANE DOE, an individual; L.O.J. JOHN DOE, an individual; P.K. JANE DOE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada; STACEY SILVERSTEIN, an individual;<br><br>Defendants. | CASE NO.: 2:23-cv-1929-APG-MDC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER SETTING DISCOVERY DEADLINES AFTER COURT ORDER**<br><br>**(Fourth Request)** |

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of this *Amended Stipulation and Order Setting Discovery Deadlines After Court Order* and agree to the following discovery deadlines and respectfully submit the following Proposed Order.

## I.    BACKGROUND

On October 15, 2025, the Court entered Minutes of Proceedings (ECF No. 122) granting ECF No. 116 as to Defendants' request for leave to open discovery and extend the initial expert disclosure deadline, setting initial expert disclosures due October 28, 2025, and further ordering that the parties meet and confer and submit a new stipulation proposing deadlines for close of discovery, dispositive motions, and the joint pretrial order.

The final newly added defendant answered on January 12, 2026 (ECF No. 127). The addition of the final defendant requires targeted party-specific discovery and expert work that could not reasonably be completed before that answer was filed.

The parties have met and conferred in good faith and stipulate to the revised deadlines below to allow completion of fact and expert discovery in an orderly and efficient manner.

## II.   LR 26-3 DISCLOSURES

Pursuant to LR 26-3, the parties state:

### A. Discovery Completed

- The parties have exchanged thousands of pages of juvenile and medical records, and the case is essentially fully discovered as to relevant documents

- All five Plaintiffs have undergone defense medical examinations.

- The parties have exchanged Rule 26(a)(1) initial disclosures (and supplements as applicable).

- The Court set an expert disclosure deadline of October 28, 2025 in ECF No. 122 as to then-existing parties which was complied with.

### B. Discovery Remaining

- Written discovery and depositions directed to the newly added defendants and related witnesses.

- Depositions of Plaintiffs.

- Expert disclosures and expert discovery addressing the newly added defendant(s), including expert depositions.

### C. Reasons Discovery Was Not Completed Sooner

- The final newly added defendant did not answer until January 12, 2026, and discovery/ expert analysis specific to the newly added parties could not be completed before they appeared.

. . .

. . .

. . .

### III.     STIPULATED DEADLINES

The parties stipulate to the following deadlines:

| Event | Deadline |
|---|---|
| **As to Newly Added Defendants & Plaintiffs' Claims Against The Newly Added Defendants:** Initial Expert Disclosures & Reports | **April 15, 2026** |
| **As to Newly Added Defendants & Plaintiffs' Claims Against The Newly Added Defendants:** Rebuttal Expert Disclosures & Reports | **June 17, 2026** |
| **Close of Discovery (all fact and expert discovery)** – shared by all parties | **August 19, 2026** |
| **Dispositive Motions** – shared by all parties | **September 16, 2026** |
| **Joint Pretrial Order** – shared by all parties | **October 21, 2026** |
| **Trial Ready Date / Jury Trial** – shared by all parties | **December 16, 2026** |

Except as expressly modified herein, all other provisions of the Court's scheduling orders remain in effect.

### IT IS SO STIPULATED AND AGREED.

DATED this 3rd day of February, 2026.

**PANISH|SHEA|RAVIPUDI LLP**

 */s/ Wyatt Vespermann*
WYATT VESPERMANN, ESQ. (#16335)
11111 Santa Monica Blvd. #700
Los Angeles, California 90025
*Attorney for Plaintiffs*

DATED this 3rd day of February, 2026.

**LAGOMARSINO LAW**

 */s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiffs*

DATED this 3rd day of February, 2026.

**OLSON CANNON & GORMLEY**

 */s/ Stephanie M. Zinna*
STEPHANIE M. ZINNA (#11488)
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorney for Defendants*

### IT IS SO ORDERED.

**ORDER**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 4, 2026_____

Page 3 of 3